UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 SEP 13  AM 7: 51

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

MARINE OFFICE OF AMERICA, ET ALS.
    Plaintiffs

vs.                                                CIVIL NO. 98-2359 (GG)

LILAC MARINE CORPORATION, ET ALS.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** September 9, 1999<br>**Docket:** #10<br>[ ] **Plffs**    [X] **Defts**<br>**Title:** Special appearance to request extension of time to answer complaint or otherwise plead. | **GRANTED AS REQUESTED.** |

Date: September 10, 1999

*(signature)*
GILBERTO GIERBOLINI
U.S. Senior District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # 11 |

2