UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 NOV -5 AM 9:11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

MARINE OFFICE OF AMERICA, ET ALS.
    Plaintiffs

vs.

CIVIL NO. 98-2359 (GG)

LILAC MARINE CORPORATION, ET ALS.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** October 28, 1999<br>**Docket:** #14<br>[X] Plffs      [] Defts<br>**Title:** Request for Extension of Time to Submit Answer to Interrogatories | GRANTED AS REQUESTED. |

Date: November 3, 1999

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:    EOD:

By:    #/5

