IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARINE OFFICE OF AMERICA CORP &  \*
FERROMONTAN INC./OTTO WOLF       \*
    Plaintiffs                   \*
                                  \*   CIVIL NO. 98-2359 (GG)
    v.                            \*
                                  \*
                                  \*
LILAC MARINE CORPORATION, ET ALS. \*
                                  \*
    Defendants                    \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*

**INITIAL SCHEDULING AND CASE MANAGEMENT ORDER**

I.   **Introduction**

The parties met with the Court on November 18, 1999, for an Initial Scheduling Conference. Plaintiffs were represented by Miguel Nazario, Esq. Defendants were represented by Jorge Blasini, Esq.

This is a maritime and admiralty action, brought to this court pursuant to the Carriage of Goods by Sea Act (COGSA), for breach of contract and the corresponding cargo damages that ensued. Defendant denies the allegations of breach of contract and liability for any cargo damage.

The parties were granted up and until **December 8, 1999** to submit to each other their answers to the First Interrogatory and Production of Documents.

Upon consideration of all of the above, deadlines for filings, discovery and trial in this case are as follows:

    1.   Amend Pleadings and add parties - **March 31, 2000**

    2.   Announce experts - **April 21, 2000**



**CIVIL NO. 98-2359 (GG)**

3. Discovery Deadline - **June 30, 2000**

4. Dispositive Motions- **August 4, 2000**

5. Settlement Conference - **August 1, 2000 at 2:30 p.m.**

6. Pre-Trial Conference- **September 28, 2000 at 2:30 p.m.**

7. Trial begins- **October 31, 2000 at 9:30 a.m.**

II.   **Discovery**

The parties are advised that the discovery period established herein will not be postponed or altered except by order of the Court and showing of good cause. During this period, the parties shall engage in cooperative efforts to conclude all discovery. Any discovery dispute which may not be resolved informally as required by the Local Rules of Procedure, shall be brought promptly to the Court's attention. However, no such motion will be reviewed unless it contains a statement by the movant, pursuant to Local Rule 311.11, that a good faith effort was made with opposing counsel to reach an agreement on the matters set forth in the motion. While any such dispute is pending resolution by the Court, discovery on all other matters shall continue. No motion shall interrupt discovery unless the Court so orders. The parties are reminded that they are not to file any discovery papers with the court other than as permitted by Local Rule of Procedure 315.

**CIVIL NO. 98-2359 (GG)**

III. Compliance with Deadlines

The dates specified herein were ordered by the Court. The parties are informed that they have to comply with such schedule and that there shall be no continuances permitted unless a request is made upon written motion and only upon showing of good cause. Any objections or requests for modification of the terms and conditions of this Order shall be filed within **ten (10) days** after receipt of notice or they shall be considered waived.

San Juan, Puerto Rico, this 2nd day of December, 1999.

GILBERTO GIERBOLINI
Senior U.S. District Judge