IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARINE OFFICE OF AMERICA CORP &
FERROMONTAN INC./OTTO WOLF
    Plaintiffs

    v.

LILAC MARINE CORPORATION, ET ALS.
    Defendants

CIVIL NO. 98-2359 (GG)

### MINUTES OF PROCEEDINGS

A telephone conference was held on June 12, 2000. Plaintiffs were represented by Jorge Blasini, Esq. Defendants were represented by Miguel Nazario, Esq.

The parties informed the court regarding the present status of their discovery efforts. Due to problems confronted by plaintiffs' counsel, depositions will not be concluded as scheduled. The parties agreed to take the same during the first week of August. Hence, the new discovery deadline will be **August 4, 2000.** Consequently, the deadline to file dispositive motions is **VACATED AND SET ASIDE.** Since the parties represented to the court the possibility of a settlement agreement once the depositions are finalized, a Settlement Conference will be held on **August 24, 2000 at 3:30 p.m.** If the parties are unable to settle the case, new dates will be set for the filing of dispositive motions and for the Pre-Trial Conference.

San Juan, Puerto Rico, this 12th day of June, 2000.

FRANCES RIOS DE MORAN, CLERK

BY: LYDIA E. ALICEA
Courtroom Deputy Clerk

AO 72A
(Rev.8/82)