IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARINE OFFICE OF AMERICA CORP &  *
FERROMONTAN INC./OTTO WOLF        *
    Plaintiffs                   *
                       *    CIVIL NO. 98-2359 (GG)
      v.                          *
                       *
LILAC MARINE CORPORATION, ET ALS. *
    Defendants                    *
* * * * * * * * * * * * * * * * * **

**MINUTES OF PROCEEDINGS**

A telephone conference was held on July 27, 2000. Plaintiffs were represented by Francisco Bruno, Esq. Defendants were represented by Jorge Blasini, Esq.

Plaintiffs informed the court regarding the new problems confronted with the conclusion of the discovery, specifically the taking of certain depositions. Accordingly, they requested an extension of time to which defendants did not oppose. The Court granted the parties until **August 24, 2000** to conclude all discovery. No further extensions will be granted. The **Settlement Conference** set for August 24, 2000 is **RESCHEDULED** for **September 7, 2000 at 3:00 p.m.**

The **Clerk of the Court** must **NOTIFY** this minute to all the parties.

San Juan, Puerto Rico, this 28th day of July, 2000.

FRANCES RIOS DE MORAN, CLERK

By: Sulma López-Defilló
Courtroom Deputy Clerk

AO 72A
(Rev.8/82)

21