UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARINE OFFICE OF AMERICA, ET ALS.
    Plaintiffs

vs.                                                CIVIL NO. 98-2359 (GG)

LILAC MARINE CORPORATION, ET ALS.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** August 17, 2000<br>**Docket:** #22<br>[ ] Plffs    [X] Defts<br>**Title:** Motion Requesting Order Relating to Plaintiffs' Failure to Comply with Discovery | Plaintiffs to **SHOW CAUSE by August 30, 2000,** why defendants' motion should not be granted as requested. **The Clerk of the Court must notify this order by Fax immediately.** |

Date:  August 24, 2000

**GILBERTO GIERBOLINI**
U.S. Senior District Judge

Rec'd:    EOD:

By    #23

*Received and Filed 2000 AUG 24 PM 7:05, Clerk's Office Annex, U.S. District Court, Old San Juan, PR*