IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARINE OFFICE OF AMERICA CORP, ET ALS.
    Plaintiffs

    v.                          CIVIL NO. 98-2359 (GG)

LILAC MARINE CORPORATION, ET ALS.

    Defendants

**ORDER**

In view of the parties' discrepancy regarding the proper method for the computation of damages in this case, they are hereby **ORDERED** to simultaneously file by **September 20, 2000,** a memorandum of law addressing this issue.

**SO ORDERED.**

San Juan, Puerto Rico, this 12th day of September, 2000.

GILBERTO GIERBOLINI
Senior U.S. District Judge

AO 72A
(Rev.8/82)