UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARINE OFFICE OF AMERICA, ET ALS.
    Plaintiffs

vs.                                                    CIVIL NO. 98-2359 (GG)

LILAC MARINE CORPORATION, ET ALS.
    Defendants

### ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** September 14, 2000<br>**Docket:** #27<br>[x] **Plffs**        [] **Defts**<br>**Title:** Plaintiffs' Motion for Leave to Amend Complaint in order to Clarify Co-plaintiff's Name | GRANTED. |

Date:  September 14, 2000

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:        EOD:

By: _____ #28