IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARINE OFFICE OF AMERICA CORP & \*
FERROMONTAN INC./OTTO WOLF          \*
    Plaintiffs                           \*
                                          \*   CIVIL NO. 98-2359 (GG)
    v.                                    \*
                                          \*
LILAC MARINE CORPORATION, ET ALS.   \*
    Defendants                            \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*

**MINUTE ORDER**

By order of the court, the **Pre-Trial Conference** set for September 28, 2000 at 2:30 p.m. is **RESCHEDULED** for **October 4, 2000 at 3:00 p.m.**

San Juan, Puerto Rico, this 22nd day of September, 2000.

FRANCES RIOS DE MORAN, CLERK

By: SULMA LÓPEZ-DEFILLÓ
Courtroom Deputy Clerk