IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARINE OFFICE OF AMERICA
CORPORATION, ET ALS

    Plaintiffs

v.                                    CIVIL NO. 98-2359 (GG)

LILAC MARINE CORPORATION,
ET ALS

    Defendants

**MINUTE ORDER**

By order of the Court, the Trial Bench scheduled for October 31, 2000, is **VACATED AND SET ASIDE** sine die.

In San Juan, Puerto Rico, this 16th day of October, 2000.

FRANCES RIOS DE MORAN, CLERK

By: SULMA LOPEZ-DEFILLO
Courtroom Deputy Clerk

AO 72A
(Rev.8/82)