Case 3:98-cv-02359-GG  Document 36  Filed 03/28/2001  Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARINE OFFICE OF AMERICA, ET ALS.
    Plaintiffs

vs.

LILAC MARINE CORPORATION, ET ALS.
    Defendants

CIVIL NO. 98-2359 (GG)



## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** March 5, 2001<br>**Docket:** #35<br>[x] **Plffs**    [ ] **Defts**<br>**Title:** Motion Supplementing Plaintiffs' List of Exhibits Included in the Joint Proposed Pre-Trial Order of October 4, 2000 | Plaintiffs' unopposed motion is **GRANTED**. |

                                    GILBERTO GIERBOLINI
**Date:** March 26, 2001.            U.S. Senior District Judge

Rec'd:    EOD:

By: _____  # 36

