## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MARINE OFFICE OF AMERICA, ET ALS.
    Plaintiffs

      vs.

                                      CIVIL NO. 98-2359 (GG)

LILAC MARINE CORPORATION, ET ALS.
    Defendants

## ORDER

| MOTION | RULING |
| --- | --- |
| **Date Filed:** May 11, 2001<br>**Docket:** #38<br>[x] **Plffs**         [] **Defts**<br>**Title:** Motion to Substitute One Page of the Exhibits Submitted in Support of Plaintiffs' Motion for Partial Summary Judgement | **NOTED AND GRANTED.** |



**GILBERTO GIERBOLINI**
**U.S. Senior District Judge**

**Date:** May 13, 2001.

| Rec'd: | EOD: |
| --- | --- |
| By: | # 40 |



3