# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MARINE OFFICE OF AMERICA, ET ALS.
    Plaintiffs

vs.                                        CIVIL NO. 98-2359 (GG)

LILAC MARINE CORPORATION, ET ALS.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** May 14, 2001<br>**Docket:** #39<br>[] **Plffs**      [x] **Defts**<br>**Title:** Motion for Extension of Time to Oppose Plaintiffs' Motion for Partial Summary Judgement | **GRANTED AS REQUESTED.** |

**Date:** May 16, 2001.

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:        EOD:

By:         #41