# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MARINE OFFICE OF AMERICA, ET ALS.
    Plaintiffs

    vs.



CIVIL NO. 98-2359 (GG)

LILAC MARINE CORPORATION, ET ALS.
    Defendants

## O R D E R

| MOTION | RULING |
| --- | --- |
| **Date Filed:** June 25, 2001<br>**Docket:** #44<br>[x] **Plffs**    [] **Defts**<br>**Title:** Motion for Extension of Time to Oppose and for Leave to Reply to "Defendant's Opposition to Plaintiffs' Motion for Partial Summary Judgement" | **GRANTED AS REQUESTED.** |

**GILBERTO GIERBOLINI**
**U.S. Senior District Judge**

**Date**:  June 29, 2001.

| Rec'd: | EOD: |
| --- | --- |
| By: | #45 |