UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARINE OFFICE OF AMERICA, ET ALS.
    Plaintiffs

vs.                                                    CIVIL NO. 98-2359 (GG)

LILAC MARINE CORPORATION, ET ALS.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** April 4, 2002<br>**Docket:** #49<br>[x] **Plffs**   [] **Defts**<br>**Title:** Motion for Hearing | **DENIED.** |

| MOTION | RULING |
|---|---|
| **Date Filed:** August 14, 2001<br>**Docket:** #48<br>[] **Plffs**   [x] **Defts**<br>**Title:** Motion for Leave to file Reply to Plaintiffs' Opposition to Cross Motion and for Sur-Reply | **GRANTED.** |

Date: ~~September 18~~ Oct. 1, 2002.

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:    EOD:

By: _____   #50