# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MARINE OFFICE OF AMERICA, ET ALS
Plaintiffs

vs.

CIVIL NO. 98-2359 (GG)

LILAC MARINE CORPORATION, ET ALS
Defendants

## ORDER

| MOTION | RULING |
| --- | --- |
| Date Filed: November 7, 2002<br>Docket #51<br>[] Plaintiff   [x] Defendant   [] Joint<br><br>Title: Motion Requesting Short Extension to File Reply and Surreply | GRANTED AS REQUESTED. |



GILBERTO GIERBOLINI
Senior U.S. District Judge

Date: November 15, 2002