IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARINE OFFICE OF AMERICA, ET ALS
   Plaintiffs

vs.                                                 CIVIL NO. 98-2359 (GG)

LILAC MARINE CORPORATION, ET ALS
   Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: November 25, 2002<br>Docket: #53<br>[] Plaintiff [x] Defendant [] Joint<br><br>Title: Motion Requesting Extension of Two Days to File Reply and Surreply | GRANTED AS REQUESTED. |

GILBERTO GIERBOLINI
U.S. District Judge

Date: December 5, 2002

Rec'd:        EOD:

By: # 55