IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARINE OFFICE OF AMERICA, ET ALS
  Plaintiffs

vs.

CIVIL NO. 98-2359 (GG)

LILAC MARINE CORPORATION, ET ALS
  Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: December 9, 2002<br>Docket: #56<br>[x] Plaintiff [] Defendant [] Joint<br><br>Title: Motion for Leave to File Surreply to Defendant's Reply to Plaintiffs' Opposition to Defendant's Cross-Motion for Summary Judgment, and Surreply to Plaintiffs' Reply to the Opposition to Plaintiffs' Motion for Partial Summary Judgment | **GRANTED AS REQUESTED.** |

GILBERTO GIERBOLINI
U.S. District Judge

Date: December 19, 2002

Rec'd:    EOD:

By:    #