IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARINE OFFICE OF AMERICA, ET ALS
   Plaintiffs

vs.                                                      CIVIL NO. 98-2359 (GG)

LILAC MARINE CORPORATION, ET ALS
   Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: January 23, 2003<br>Docket: #58<br>[x] Plaintiff [] Defendant [] Joint<br><br>Title: Request for Final Seven (7) Day Extension to File Surreply to Defendant's Reply to Plaintiffs' Opposition to Defendant's Cross-Motion for Summary Judgment, and Surreply to Plaintiffs' Reply to the Opposition to Plaintiffs' Motion for Partial Summary Judgment | **GRANTED AS REQUESTED.** |

GILBERTO GIERBOLINI
U.S. District Judge

Date: January 31st, 2002

Rec'd:         EOD:

By:        #60