IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARINE OFFICE OF AMERICA CORP, ET ALS.
    Plaintiffs

    v.                        CIVIL NO. 98-2359 (GG)

LILAC MARINE CORPORATION, ET ALS.
    Defendants

**MINUTES OF PROCEEDINGS**

The parties met with the court on November 13, 2003, for a Settlement Conference. The plaintiffs were represented by Francisco Bruno, Esq. The defendants were represented by Jorge Blasini, Esq. The conference started at 3:00 p.m. and concluded at 3:30 p.m.

Counsel Blasini explained in detail the reason for his request to withdraw as the defendants' legal representative. He expressed the efforts made to get in contact with his client, to no avail. He informed that London Steamship Owner's Mutual Association Limited, the vessel's P & I, has also lost contact with co-defendant Lilac Marine Corporation. The P & I informed counsel Blasini that they have also lost communication with Lilac and that said company is no longer doing business.

In light of the above, and the fact that counsel Blasini is also the legal representative of London Steamship, the plaintiffs made attempts to settle the case with the later. Counsel Blasini requested and was granted ten (10) days to get in contact with London Steamship and inform whether they will be in a position to enter into settlement negotiations. Accordingly, a **Settlement Conference** was set for **December 3, 2003 at 2:30 p.m.**

In San Juan, Puerto Rico, this 21st day of November, 2003.

FRANCES RIOS DE MORAN, CLERK

By: /SULMA LOPEZ DEFILLO
Courtroom Deputy Clerk