IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARINE OFFICE OF AMERICA CORP, ET ALS.
    Plaintiffs

v.

            CIVIL NO. 98-2359 (GG)

LILAC MARINE CORPORATION, ET ALS.
    Defendants

**ORDER TO SHOW CAUSE**

    On November 6, 2003, counsel Jorge Blasini requested approval to withdraw as the legal representative of the defendants. In support for his request he informed that all efforts to communicate with the client have proven futile, that it is no longer an ongoing entity, that he has had no communication nor received any instructions from the client. **See**, "Motion for Leave to Withdraw Legal Representation", docket entry #62. Moreover, during the Settlement Conference held on November 13, 2003, counsel Blasini informed the court that London Steamship Owner's Mutual Association Limited, the vessel's P & I, has also lost contact with the defendant and that said company is no longer doing business. **See**, Minutes of Proceedings, docket entry #64.

    **WHEREFORE**, in view of the above, counsel Blasini's request is **GRANTED**. Consequently, based on the allegations regarding the defendant's loss of interest in defending in this case, Lilac Marine Corporation is hereby **ORDERED** to **SHOW CAUSE**, by **December 2, 2003**, why this court should not find it in default and enter judgment by default. Failure to timely comply with this order will cause the court to act as herein intimated.

**CIVIL NO. 98-2359 (GG)**

The Clerk of the Court is **ORDERED** to notify this order immediately by fax to the parties and directly to the defendant to it's last known address:

>  80 Old Broad Street
>  Monrovia, Liberia

**SO ORDERED.**

In San Juan, Puerto Rico, this 20th day of November, 2003.

>  GILBERTO GIERBOLINI
>  U.S. District Judge

2