UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARINE OFFICE OF AMERICA, ET ALS.
    Plaintiffs

vs.                                              CIVIL NO. 98-2359 (GG)

LILAC MARINE CORPORATION, ET ALS.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** December 2, 2003<br>**Docket:** #67<br>[ ] **Plffs**   [x] **Defts**<br>**Title:** Motion to Cancel Settlement Conference | **GRANTED AS REQUESTED.** |

Date: December 3, 2003.

GILBERTO GIERBOLINI
U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # |

