IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARINE OFFICE OF AMERICA CORP, ET ALS.　\*
    Plaintiffs                                        \*
                                                        \*   CIVIL NO. 98-2359 (GG)
      v.                                          \*

LILAC MARINE CORPORATION, ET ALS.   \*

    Defendants                                      \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

On December 29, 2003, the plaintiffs requested this court to amend the Judgment entered on December 13, 2003 so as to include the payment of pre-judgment interests. (Docket entry #70). After careful consideration of their request and the record before us, their motion is hereby **GRANTED AS REQUESTED**. Accordingly, an amended judgment will be entered wherein the defendants are ordered to pay to the plaintiffs $124,995.14 plus pre-judgment interests from February 21, 1998 until the date of the judgment at the annual rate of 3%.

**SO ORDERED.**

San Juan, Puerto Rico, this 20th day of February, 2004.

GILBERTO GIERBOLINI
U.S. District Judge